**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SONIA GHAWANMEH**, )<br>)<br>Plaintiff )<br>)<br>) Case No. 1:09-cv-00631 - RWR<br>v. )<br>)<br>**ISLAMIC SAUDI ACADEMY and** )<br>**THE KINGDOM OF SAUDI ARABIA** )<br>)<br>Defendant. )<br>)<br>) | |

## ISLAMIC SAUDI ACADEMY'S RULE 12(B)(1) MOTION TO DISMISS

Defendant Islamic Saudi Academy, pursuant to Fed. R. Civ. P. 12(b)(1), respectfully moves this court to dismiss the claims filed against it in this case because the Plaintiff lacks standing under the Family Medical Leave Act to bring the statutory claims asserted in her Complaint and because the Islamic Saudi Academy, as an instrumentality of the Kingdom of Saudi Arabia, is immune from suit pursuant to the Foreign Sovereign Immunities Act. Defendant is filing herewith a Statement of Points and Authorities in Support of the Motion and a Proposed Order, consistent with the relief requested herein.

Respectfully Submitted,

/s/ Margaret A. Keane
Margaret A. Keane
*Pro Hac Vice* (Pending)
Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845 7275
Facsimile (650) 845 7333
mkeane@dl.com

/s/ Mark A. Walsh
Mark A. Walsh
D.C. Bar No. 975134
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone (202) 346-8150
Facsimile (202) 956-3355
mawalsh@dl.com
Counsel for Defendant Islamic Saudi Academy