UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SONIA GHAWANMEH,**

    **Plaintiff,**

    **v.**                                                                             Civil Action No. 09-631 (JMF)

**ISLAMIC SAUDI ACADEMY and**
**THE KINGDOM OF SAUDI ARABIA,**

    **Defendants.**

**ORDER**

It appearing, on the basis of a phone message left with chambers, that defendants do not intend to file an opposition to <u>Plaintiff's Response to Court's Order to Show Cause</u> [#26], it is therefore, hereby,

**ORDERED** that the court's order directing plaintiff to show cause why she should not have to pay the expenses that defendants incurred in preparing their answer to plaintiff's complaint be discharged.

**SO ORDERED.**

                                                       /S/
                                          JOHN M. FACCIOLA
                                          UNITED STATES MAGISTRATE JUDGE

Dated: May 21, 2010