IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONIA GHAWANMEH, | ) |
| Plaintiff | ) |
| v. | ) |
| ISLAMIC SAUDI ACADEMY | ) CIVIL NO.: 1:09-cv-00631-RWR |
| and | ) |
| THE KINGDOM OF SAUDI ARABIA, A FOREIGN NATION | ) |
| Defendants | ) |

**PLAINTIFF'S COUNSEL'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiff's counsel files this response in accordance with the court's order to show cause as to why counsel missed the status conference hearing on August 10, 2010.

I sincerely apologize to the court for missing the status conference it was due to a clerical error on my secretary's part. I use a shared secretary and she had mistakenly calendared the hearing for another date. At the time the order for the status conference came in, there were several other orders from the court for other attorneys. In calendaring the dates, the secretary mistakenly transposed the date for this conference with that of another conference for a different attorney. On my calendar I had a different date written.

I had every intention of attending the status conference, the day before I was in contact with defendant's counsel the day before and had even made a filing on Monday August 9, 2010. Had it not been for the mistake on the calendar, I would have been there.

1

I assure the court this will never happen again, I have already apologized to defendants counsel and again sincerely apologize to the Court.

Respectfully Submitted,

SONIA GHAWANMEH

/s/
_____
BY:   Faisal Gill, Esq., DC Bar #497312
      1101 30th St. NW, Suite 500
      Washington, DC 20007
      Phone:   (202) 625-4898
      Fax:     (202) 330-5468
      fgill@glawoffice.com
      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Aug 23, 2010, I electronically filed the PLAINITFF'S PRESPONSE TO ORDER TO SHOW CAUSE with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Mark A. Walsh, D.C. Bar #975134<br>Dewey & LeBoeuf, LLP<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Phone:   (202) 346-8150<br>Fax:     (202) 956-3355<br>mark.walsh@dl.com<br>Counsel for Defendant Islamic Saudi Academy | Margaret A. Keane, *Pro Hac Vice* (Pending)<br>Dewey & LeBoeuf LLP<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA 94303-2225<br>Phone:   (650) 845-7275<br>Fax:     (650) 845-7333<br>mkeane@dl.com<br>Counsel for Defendant Islamic Saudi Academy |

/s/
_____
BY:   Faisal Gill, Esq., DC Bar #497312

3

        1101 30th St. NW, Suite 500  
        Washington, DC 20007  
        Phone:    (202) 625-4898  
        Fax:    (202) 330-5468  
        fgill@glawoffice.com  
        Attorney for Plaintiff

3