**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SONIA GHAWANMEH, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )   Civil Action No. 09-631 (JMF) <br> ) |
| ISLAMIC SAUDI ACADEMY et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**SCHEDULING ORDER**

This matter having come before the Court on October 1, 2010 for a status conference and having considered the requests of the parties, it is, hereby,

**ORDERED** that the proposed dates in the parties' Rule 26(f) Joint Report [#28] are **ADOPTED**.  It is further, hereby,

**ORDERED** that the parties' Stipulated Protective Order Regarding Treatment of Confidential and Privileged Materials [#28-1] is **GRANTED**.  It is further, hereby,

**ORDERED** that a pretrial conference will be held on April 29, 2011 at 2:00 p.m.  Three weeks in advance of the Pretrial Conference, counsel are required to meet and prepare a Joint Pretrial Statement, in accordance with Local Rule 16.4 and the Pretrial Procedures Order, which is being issued in conjunction with this Scheduling Order.  This Order will give explicit direction on preparation of the Joint Pretrial Statement, which is required to be delivered to chambers not less than eleven days prior to the conference.  Finally, it is, hereby,

**ORDERED** that a five-day trial will be held from May 23, 2011 to May 27, 2011 starting at 9:30 a.m. and ending at 5:00 p.m.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE